Name: KENNETH W. MILLS
Address: SALINAS VALLEY STATE PRISON (B2/124)
125 ALGER STREET
SOLEDAD, CALIFORNIA 93960

CDC or ID Number: T-19095

SUPERIOR COURT OF CALIF.
SALINAS, CALIFORNIA
(Court)

**FILED**
JAN 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR WRIT OF HABEAS CORPUS

E-filing

CV 08  0747
RMW  (PR)

Petitioner: KENNETH WAYNE MILLS

vs.

Respondent: CALIF. DEPARTMENT OF CORRECTIONS

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

PETITION FOR WRIT OF HABEAS CORPUS

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

This petition concerns:

- [ ] A conviction
- [ ] A sentence
- [ ] Jail or prison conditions
- [x] Other (specify): "APPEALING DIRECTORS LEVEL OF APPEAL SVSP-07-02986"
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: "KENNETH WAYNE MILLS"

2. Where are you incarcerated? "SALINAS VALLEY STATE PRISON"

3. Why are you in custody?  [x] Criminal Conviction   [ ] Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). "MAYHEM"
   
   "N/A"
   
   b. Penal or other code sections: "205"
   
   c. Name and location of sentencing or committing court: "SUPERIOR COURT OF CALIFORNIA" - "COUNTY OF LOS ANGELES" - "NORWALK COURT HOUSE"
   
   d. Case number: "VA088677"
   
   e. Date convicted or committed: "JUNE 06th 2006"
   
   f. Date sentenced: "AUGUST 28th 2006"
   
   g. Length of sentence: "LIFE"
   
   h. When do you expect to be released? "N/A"
   
   i. Were you represented by counsel in the trial court?  [ ] Yes  [x] No. If yes, state the attorney's name and address: "PROCEEDED UNDER PROPRIA PERSONA"
   "N/A"

4. What was the LAST plea you entered? (check one)

   [x] Not guilty   [ ] Guilty   [ ] Nolo Contendere   [ ] Other: ____

5. If you pleaded not guilty, what kind of trial did you have?

   [x] Jury   [ ] Judge without a jury   [ ] Submitted on transcript   [ ] Awaiting trial

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." (If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)

1). "PRISON DENYING MEDICAL CARE" IM IN CONSTANT PAIN
2). AND SUFFERING." "GENEVA CONVENTIONS" INHUMANE MISTREATMENT
 [PRISONERS] "S.V.S.P. PRISON MEDICAL OFFICIALS" REFUSES TO
4). SEND FOR MY MEDICAL RECORDS "SAINT ANTHONY'S HOSP. DEN. COLO.

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. If necessary, attach additional pages. CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

5). ON/IN OCTOBER 1999 I SUFFERED A "SUBDURAL
6). HEMATOMA" IN "LAKEWOOD COLORADO" MASSIVE HEAD TRAUMA
7). "I WAS TAKEN TO "SAINT ANTHONY HOSPITAL" WHERE
8). I HAD "CRANIOTOMY" PERFORMED (HEAD SURGERY) AFTER M-
9). EDICAL PROCEDURE (BRAIN SURGERY) "MEDICAL DOCTOR" & "NEURO-
10). LOGIST" STATED THAT I "WOULDN'T LIVE." (PROVED THEM
11). WRONG) I WAS LEFT WITH "NEUROLOGICAL DAMAGE.
12). I "COULDN'T WALK". I WAS IN A "WHEEL-CHAIR"
13). FOR TWO (2) YEARS (PRISON COMMIT DUE PROCESS VIOLATIONS)
14). IM ON A MEDICAL DOCTOR ORDERED WALKER
15). TO SHOW YOU THE "LIES" THE "CDC MEDICAL OFFIC-
16). IALS HAVE DONE. GO TO "S.V.S.P. INMATE/PAROLEE APPEAL FORM
17). (SUBMITTED) SEE MEMO SUMMARY OF INVESTIGATION. I ARRIVED TO
18). PRISON ON MY "WALKER" BUT WALKER WAS TO BE DELIVERED AUG 4th 2007.

b. Supporting cases, rules, or other authority (optional):
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

18). "PLATA STIPULATIONS" MEDICAL CARE OF CALIFORNIA
19). DEPARTMENT OF CORRECTIONS & REHABILITATIONS TO PERFORM
20). CALIFORNIA CODE OF REGULATIONS - TITLE 15 SECTIONS: § 3350
21). § 3350.1 AND § 3354.1. "GENEVA CONVENTIONS ARTICLES"
"MISTREATMENT OF PRISONERS"

PETITION FOR WRIT OF HABEAS CORPUS       Page 3 of 6
MC-275 (Rev. January 1, 2007)

3 OF 13

LAW LIBRARY IN "AD-SEG" OF "PRISON" FAC A "IS" NOT LAWFULLY STOCKED"

"DESTRUCTION OF STATE PROPERTY IS ALLOWED BY PEACE OFFICERS / MAINTENCE"

a. Supporting facts:

I'M A PRISONER IN "SALINAS VALLEY STATE PRISON." I'M IN THE "ADMINISTRATIVE SEGREGATION." THE "PRISON OFFICIALS" DOESN'T ALLOW ME TO RECIEVE BOOKS "WEST'S CALIFORNIA REPORTER"; "WITKINS, CALIFORNIA CRIMES" AND "CALIFORNIA CRIMINAL PROCEDURE (3 V.)"; "CONTINUING EDUCATION OF THE BAR" "CALIFORNIAS CRIMINAL LAW PRACTICE (2 V.)"; "UNITED STATES ANNOTATED" (160 V.); "MODERN FEDERAL PRACTICE DIGEST" (78 V.); "SUPREME COURT REPORTER" V. 70 (1950) to DATE"; "FEDERAL REPORTER" "SECOND SERIES" V. 176 (1950) to DATE"; "FEDERAL SUPPLEMENT" V. 100 TO DATE"; "UNITED STATES LAW WEEK" BEGINING WITH CURRENT VOLUME AND MORE. ALSO "PRISON OFFICIALS MAKE PRISONERS" "PLACE PERSONAL ITEMS" ON THE "FLOOR OF THE CELL" TO HAVE "METEL BAR" IN ANY CELL. "LOCKERS HAVE BEEN REMOVED" FROM "CELL #" "AD/SEG" D112. "CHIPS ARE IN WALLS AND "METAL IMBEDDED" IN "WALLS" HAS "CODE" IN THEM. "STATE PROPERTY IS "ALLOWED" TO BE "DESTROYED BY MAINTENCE" PRISON OFFICIALS APPEAR TO OVERLOOK PRISONERS RIGHTS ON THIS MATTER.

b. Supporting cases, rules, or other authority:

"ROBERT B GILMORE JR ET.. AL.. V. THOMAS C. LYNCH" ET.. AL.. CASE NO. 15876; "JERONIMO PRATT V. CALIF. 721 CASES"; "DEPARTMENT OF CORRECTIONS & REHABILITATION" "3060.12" MAINTAINING A CURRENT LIBRARY COLLECTION: 3060.11 - THE COLLECTION OF LAW BOOKS SHALL CONSIST OF:

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No
   a. Name of court ("Appellate Department of Superior Court" or "Court of Appeal"): "Court of Appeal"
   b. Result: "Not Known"       c. Date of decision: "N/A"
   d. Case number or citation of opinion, if known: "B193456"
   e. Issues raised: (1) "N/A"
                    (2) "N/A"
                    (3) "N/A"
   f. Were you represented by counsel on appeal? ☐ Yes ☐ No. If yes, state the attorney's name and address, if known: "N/A"

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No. If yes, give the following information:
   a. Result: "N/A"              b. Date of decision: "N/A"
   c. Case number or citation of opinion, if known: "N/A"
   d. Issues raised: (1) "N/A"
                    (2) "N/A"
                    (3) "N/A"

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: "N/A"

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review: "The Prison Refused to Respond to All "Medical Care" / "Destruction of State Property" "05/18/2007" "07/18/07" "9/10/2007" "12-12-07" "01-2-2008" "01-4-2008" And On Going!"

    b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
       Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: "CALIFORNIA SUPERIOR COURT"

   (2) Nature of proceeding (for example, "habeas corpus petition"): "HABEAS CORPUS PETITION"

   (3) Issues raised: (a) SPEEDY TRIAL VIOLATIONS"

   (b) VIOLATION OF PRISON TO ALLOW DESTRUCTION OF STATE PROPERTY

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: "N/A"

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) IM IN ADMINISTRATIVE SEGREGATION with HAVING CONSTANT "STAFF MISCONDUCT."

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known: "N/A"

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes. ☐ No. If yes, explain: PETITION FOR WRIT OF HABEAS CORPUS - MOSELY ; 42 U.S.C. (CIVIL RIGHTS) § 1983

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: "N/A"

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 01-27-2008

▶ Kenneth Mills
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]  PETITION FOR WRIT OF HABEAS CORPUS  Page 6 of 6

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: **MILLS**  CDC #: **T19095**  BED: **D2-124L**

## COMMITTEE ACTION SUMMARY

RETAIN ASU PENDING COMPLETION OF THE OF SUBJECT STAFF MISCONDUCT, ESTABLISH MAX CUSTODY, APPROVE 2X CELL & WA YARD, REFER TO CSR RX 45 DAY ASU EXTENSION

## COMMITTEE'S COMMENTS

Inmate MILLS appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Initial ASU Review. MILLS stated that his health was good and was willing to proceed. MILLS received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, MILLS was introduced to the committee members. According to MILLS'S CDC 114D, he was placed into SVSP's ASU on 11/3/2007 for: Allegations of Staff Misconduct. ICC notes subject's ASU placement was ordered by Lieutenant Fritz.

The CDC 114D was issued within 48 hours of ASU placement. Confidential information was not used for this ASU placement. The Administrative review was not held the next working day nor approved by a Correctional Administrator within 24 hours due to administrative error. A Staff Assistant was assigned due to subject's MHSDS EOP LOC. Mills did not request witnesses for the Initial ICC Hearing, therefore an Investigative Employee was not necessary. Visiting restrictions while housed in ASU were reviewed.

The Mental Health Clinician spoke to him regarding his ASU placement noting Mills is a participant in the MHSDS at the EOP LOC and current mental health status is stable. Continued ASU placement is not likely to result in decomposition of the inmate's mental health condition and inmate Mills was able to understand and participate in the classification hearing.

This case is being referred to the CSR for approval of retention in ASU pending completion of the investigation of subject allegations of staff misconduct..

Based upon a review of MILLS'S CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Retain ASU pending completion of the of subject Staff Misconduct, Establish MAX Custody, Approve 2x cell & WA Yard, Refer to CSR RX 45 day ASU Extension

At the conclusion of this review, MILLS was informed of his Appeal Rights with regards to this committee's actions. MILLS acknowledged his understanding and disagreement with committee's actions. Subject stated that he should not be housed in ASU pending completion of the investigation. Subject stated that he should be transferred to another GP Facility. Subject was informed that Facility D Housed the only EOP GP inmates at SVSP thus the reason for ASU placement. Subject stated tht his rights were violated due to the fact that his Administrave Review was late. Subject further stated that the camera used to conduct the intitial video interview, did not contain film.

**STAFF ASSISTANT**

Assigned: (Issues not complex and non-participant in MHSDS) CCI Mensing    *Reviewed - updated 11/28/07*

## INMATE CASE FACTORS

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | ETHNIC | PSYCH - DATE 128C | NEXT BPT/&/DATE |
|---|---|---|---|---|---|---|---|---|
| MAX R | 20/IV | DID - 11/3/2007 | MEPD 8/29/2017 | 9.1 (R) | 9/14/2008 | BLA | EOP 5/2/2007 | DOC # 8/2013 |

## COMMITTEE MEMBERS

CHAIRPERSON  
G. Lewis, CDW(A)

MEMBERS  
G. Ponder FC, Dr. S. Torrez - Mental Health

RECORDER  
F. Winn, CCII (Spec)

Committee Date: 11/8/2007     **INITIAL ASU REVIEW**     Committee: D110807PPN1

Typed By:    - Distribution: C-File & Inmate     SALINAS VALLEY STATE PRISON     Classification Chrono CDCR 128G (Rev: 10/06)

1 of 6

# HUMAN RIGHTS - HISTORY OF SUFFERING

"LAWSUIT FILED ON BEHALF" OF "CALIF. PRISONERS" "INJURIES WERE SUSTAINED" IN "CALIFORNIA PRISONS". (CORRECTIONAL HISTORY) OF THE CALIF. GOVERNMENT. "CALIFORNIA YOUTH AND ADULT CORRECTIONS" "DID NOT DO ENOUGH" TO "PREVENT" "TORTURE - PAIN & SUFFERING" AND "ABUSE". "SHOULD CITIZENS" OF CA "BE HELD ACCOUNTABLE"? "THROUGH THE "TAXES" THEY "PAY" FOR "ATROCITIES COMMITTED".

CA. CORRECTIONS DID NOT DO ENOUGH TO PREVENT THE "TORTURE AND ABUSE".

(PLATA SETTLEMENT - MEDICAL CARE IN CDCR, OF (6) TO (7) DAYS (1) PRISONER DIES IN THE CDCR)

"CV 08    0747    RMW    (PR)"

IF A "SOCIETY" CONTINUES TO GAIN FROM A "PAST ATROCITY" DOESN'T IT "HAVE" A "DUTY" TO THE "PAST CHILDREN" OF THE "VICTIMS"?

"THE WHOLE TRUTH" - AN "APOLOGY" AND A "TANGIBLE GESTURE" OF "RIGHTING THE WRONG" WOULD GO A "LONG WAY" IN MAKING THE "LIVING HISTORY" TRULY A "THING OF THE PAST"

2 of 6

## HISTORY OF SUFFERING

I HAVE "INJURIES" THAT WERE "SUSTAINED" IN "THE" "CALIFORNIA STATE PRISONS." "INJURIES" WERE "SUSTAINED" OF THE "UNITED STATES OF AMERICA" - "CALIFORNIA GOVERNMENT," "CALIFORNIA" "YOUTH & ADULT CORRECTIONS" "DID NOT DO ENOUGH" "TO" "PREVENT" THE "TORTURE"(PAIN-SUFFERING-AND ABUSE).

SHOULD THE "CITIZENS OF CALIFORNIA" BE "HELD ACCOUNTABLE" THROUGH THE "TAXES THEY PAY" FOR "ATROCITIES" COMMITTED IN "CALIFORNIA CORRECTIONAL AGENCY"?

THE "STATE OF CALIFORNIA" (INDIVIDUAL PRISONS) "DID NOT DO ENOUGH" "TO" "PREVENT" THE "TORTURE" AND "ABUSE" SEE PLATA V. DAVIS CIV NO. 01-1351-TEH (N.D. CAL.) 2002 SETTLEMENT AGREEMENT - "IN EVERY (6) (6)DAYS" AN "INMATE OF CALIFORNIA CORRECTIONS" "PROGRAMS" "DIES." ALSO SEE "COLEMAN V. WILSON CIV NO. S-90-0520-LKK-JFM."

"SHOULD CITIZENS (TAX PAYERS) HAVE A MORE OUT SPOKEN VOICE IF A "SOCIETY CONTINUES" TO "GAIN" FROM A "PAST ATROCITY," DOESN'T IT HAS A "DUTY" TO THE "CHILDREN OF THE VICTIMS"?

THE WHOLE TRUTH - AN "APOLOGY" AND A "TANGIBLE GESTURE" OF "RIGHTING THE WRONG" WOULD GO "A LONG WAY" IN MAKING THIS "LIVING HISTORY" TRULY A THING OF THE PAST.

Kenneth Mill T-19045

STATE OF CALIFORNIA — ~~EMERGENCY COMPLAINT~~ — DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

Category _____

You may appeal any policy, action or decision which has significant adverse affect upon you. With the exception of Serious 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: KENNETH W. MOSS    NUMBER: T-19085    ASSIGNMENT: ADMINISTRATIVE SEGREGATION    UNIT/ROOM NUMBER: ___

A. Discuss Problem: IN MAKING THIS COMPLAINT ON "CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION" ABUSE OF PRISONERS. "CDCR" VIOLATES THE "GENEVA CONVENTIONS ARTICLES": "THE INHUMAN MISTREATMENT OF PRISONERS" (Violations of CDCR TITLE 15. 3703) "CALIFORNIA PRISONERS" SUFFER ABUSE AND INHUMANE TREATMENT. (BEDS HAVE "NO BED SPRINGS" — REPLACED WITH A SLAB OF FLAT METAL. WITH CALIF. PRISONERS GIVEN "LUMPY UN-OFFICIAL MATTRESSES). THE "AMA Stipulation" HAS FOR EVERY SIX (6) TO FIVE (5) DAYS A "CALIFORNIA PRISONER" DIES IN "CALIFORNIA CORRECTIONS". THIS ABUSE IS DONE PERPOSLY FOR JOB SECURITY."

If you need more space, attach on additional sheet. ALSO TOILETS ARE FIXED TO NOT FLUSH OR FLUSH TWICE

A. Action requested: REQUEST COURT ACTION ON VIOLATION OF GENEVA CONVENTIONS ON THE "MISTREATMENT (ABUSE) OF CALIFORNIA CORRECTIONAL INMATES". ALSO REQUEST "BED SPRINGS" TO BE PLACED IN INMATES BEDS. WITH "SOME ONE TAKING THE BLAME FOR MISTREATMENT OF CA. PRISONERS. ALSO TO FIX TOILETS BACK WHERE THEY FLUSH ON DEMAND.

Inmate/Parolee Signature: Kenneth Moss    Date Submitted: 01-19-2008

B. INFORMAL LEVEL (Date Received _____)
Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

C. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigators Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for procession within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control Form BC-1E, Inmate Claim

CDC Appeal Number: _____

4 of 6

*EMERGENCY - COMPLAINT*

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

Category
_____

You may appeal any policy, action or decision which has significant adverse affect upon you. With the exception of Serious 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: KENNETH W. MILLE
NUMBER: T-79003
ASSIGNMENT: MEDICAL AP AD/SEG
UNIT/ROOM NUMBER: D2-112-L

A. Discuss Problem: IM MAKING COMPLAINT ON "SALINAS VALLEY STATE PRISON" "PEACE" OFFICERS HAS "PLACED MY HEALTH" IN "GRAVE DANGER" FOR "(79) DAYS" AND RUNNING" ON "11-03-2007" I WAS "PLACED IN AD/SEG FOR "STAFF MISCONDUCT" (STAFF COMPLAINT NO. SVSP-D-07-04828) "MY PROPERTY (PERSONAL) HAS BEEN WITHHELD FROM ME NOW (79) DAYS". IVE "DENIED" TO USE "SHOWER" NOW (79) DAYS "FOR PROTECTION" (MY SHOWER SHOES ARE IN MY "PERSONAL PROPERTY" TO "NOT GET INJURED" BY WALKING BARE FOOTED IN SHOWER (THAT EVERY-ONE USES ABOUT 100 INMATES USES) NO SHOWER SHOES ARE GIVEN TO INMATES FOR SHOWERS (USE)

If you need more space, attach on additional sheet.

A. Action requested: REQ. IN CAMERA INTERVIEW ON ALLEGATIONS CHARGED ALSO, REQUESTING FOR "OFFICE OF ATTORNEY GENERAL" AND "CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS TO CONDUCT A SEPARATE INVESTIGATIONS BEFORE A PETITION FOR "WRIT OF HABEAS CORPUS" IN "STATE COURT"

Inmate/Parolee Signature: Kenneth Mille
Date Submitted: 01-21-08

B. INFORMAL LEVEL (Date Received _____ )
Staff Response: _____

Staff Signature: _____
Date Returned to Inmate: _____

C. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigators Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for procession within 15 days of receipt of response.

Signature: _____
Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control Form BC-1E, Inmate Claim

CDC Appeal Number: _____

5 of 6

"COMPLAINT"

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

Category _____

You may appeal any policy, action or decision which has significant adverse affect upon you. With the exception of Serious 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Kenneth Mill   NUMBER: T-94085   ASSIGNMENT: Ad/Seg   UNIT/ROOM NUMBER: B2/124

A. Discuss Problem: Now for (78) days I've been denied rights to exercise yard w/ a seat. I'm in administrative segregation at which to exercise prisoners must use cage(s), like animals in a zoo! These cages don't have seats, chair/table in them. Some cages don't have running water in them. I'm a DPM prisoner (disability mobility impaired). I'm on a walker & cane. I can't stand for long. I must lay on ground or sit on filthy toilet. I was given a wheel to use in central.

A. Action requested: Request to have a camera interview on allegations. Also request an investigation by CDCR unit & office of attorney general. Also request this complaint to be handled per department policy.

Inmate/Parolee Signature: Kenneth Mill   Date Submitted: 2/20/07

B. INFORMAL LEVEL (Date Received _____)
Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

C. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigators Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for procession within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control Form BC-1E, Inmate Claim

CDC Appeal Number: _____

6 of 6

KENNETH MINK "T-79095" "KELIAN service REQUESTED"
SALINAS VALLEY STATE PRISON D1-117 "EXPEDITING CONSIDERATION"
125 ADER STREET
SOLEDAD, CALIFORNIA "93960-1050"

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA

RECEIVED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

LEGAL MAIL ONLY

$01.4