**FILED**
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RMW**

| | ) | |
|---|---|---|
| Plaintiff, | ) | CV 08 0747 |
| vs. | ) | CASE NO. |
| | ) | PRISONER'S |
| | ) | APPLICATION TO PROCEED |
| | ) | IN FORMA PAUPERIS |
| Defendant. | ) | |

**(PR)**

I, _Kenneth Mills_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _OCTOBER 2001 - "PEACE WORK"_
5  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
6  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                 Yes ___ No _✓_
10          self employment
11    b.   Income from stocks, bonds,              Yes ___ No _✓_
12         or royalties?
13    c.   Rent payments?                          Yes ___ No _✓_
14    d.   Pensions, annuities, or                 Yes ___ No _✓_
15         life insurance payments?
16    e.   Federal or State welfare payments,      Yes ___ No _✓_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
22  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

23  3.  Are you married?                           Yes ___ No _✗_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support: $ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____ N/A _____
6   _____ N/A _____
7   5.   Do you own or are you buying a home?   Yes ___ No ✓
8   Estimated Market Value: $ 0   Amount of Mortgage: $ 0
9   6.   Do you own an automobile?   Yes ___ No ✓
10  Make ___ 0 ___   Year ___ 0 ___   Model ___ 0 ___
11  Is it financed? Yes ___ No ___   If so, Total due: $ 0
12  Monthly Payment: $ 0
13  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: "N/A"
15  _____
16  Present balance(s): $ 0
17  Do you own any cash?   Yes ___ No ✓   Amount: $ 0
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ___ "N/A"
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ 0   Utilities: 0
23  Food: $ 0   Clothing: 0
24  Charge Accounts:
25  Name of Account         Monthly Payment         Total Owed on This Acct.
26  _____/_____         $ _____/_____       $ _____/_____
27  _____/_____         $ _____/_____       $ _____/_____
28  _____/_____         $ _____/_____       $ _____/_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

"N/A"

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

"N/A"

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01-28-2008                         *Kenneth Miller*
DATE                               SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 4 -

ID: T93030 .701

REPORT DATE: 10/05/0
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 05, 2007

ACCOUNT NUMBER : T19095
ACCOUNT NAME   : MILLS, KENNETH WAYNE
PRIVILEGE GROUP: A

BED/CELL NUMBER: FDB4T100000131L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| /07/2007 | H107 | POSTAGE HOLD | 0721 POST | 0.41 |
| /14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| /14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| /14/2007 | H118 | LEGAL COPIES HOLD | 0807 LCOPY | 14.80 |
| /17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.31 |
| /17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.48 |
| /19/2007 | H109 | LEGAL POSTAGE HOLD | 0856 LPOST | 0.92 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 LPOST | 4.90 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 LPOST | 0.41 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 ENVEL. | 3.05 |
| /21/2007 | H109 | LEGAL POSTAGE HOLD | 0875 LPOST | 1.31 |
| /21/2007 | H109 | LEGAL POSTAGE HOLD | 0875 LPOST | 0.58 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.48 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.48 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.65 |
| /26/2007 | H109 | LEGAL POSTAGE HOLD | 0923 LPOST | 1.31 |
| /26/2007 | H109 | LEGAL POSTAGE HOLD | 0923 LPOST | 2.84 |
| /01/2007 | H109 | LEGAL POSTAGE HOLD | 0940 LPOST | 2.33 |
| /03/2007 | H109 | LEGAL POSTAGE HOLD | 0966 LPOST | 1.14 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 42.22 | 0.00 |

CURRENT AVAILABLE BALANCE

42.22-

```
REP    ID: TS3030   701                                          REPORT DATE: 09/19/07
                                                                 PAGE NO:         2
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 19, 2007

ACCT: T19095      ACCT NAME: MILLS, KENNETH WAYNE          ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 80.98 | 0.00 |

CURRENT AVAILABLE BALANCE

80.98

I'VE NOT ONCE WENT to COMMOSSARY to THIS DATE. I'VE BEEN INDIGENT FROM TIME OF ARRIVING to CA. STATE PRISON.

I SWEAR UNDER PENALTY OF PERJURY THAT THE FOR GOING IS "TRUE & CORRECT" SO HELP ME GOD.

ON THE 64th JAN. IN THE YEAR OF 2008.

PRISON OFFICIALS DON'T LIKE TO PROVIDE INMATES WITH THEIR TRUST ACCOUNT STATEMENTS TO WITH-HOLD INMATES FROM FILING CLAIMS

"Kenneth Mills T19095 A2/124L

"6 OF 7 /"  2 OF 6    (6 OF 6)     04