Kenneth Mills C71461
Salinas Valley State Prison 12/17/2007
25 Alder Street
Soledad, CA. 93960-1050

California Supreme Court
350 McAllister Street, S.F. CA. 94102

**Petition for Writ of Habeas Corpus**

No. CV 08 0747

In Re:
Kenneth Mills
on Habeas Corpus

Request for Appointment of Counsel & Declaration of Indigency

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing
RMW
(PR)

I the "Petitioner" do hereby "Declare" that I'm the Petitioner in the "Above Case" and that I'm "Indigent" in the "Above Case."

I'm "Incarcerated" at "Salinas Valley State Prison" and my "Total Assets" are $0 and my Income is $0 per Month.

I hereby "Request the Court" to "Appoint Counsel" in this matter" so "My Interests" may be "Protected" by the "Professional Assistance Required."

In addition "When a "Court Issues" an" Order to Show Cause" "Counsel must be Appointed" for an "Indigent Prisoner" who "Requests Counsel." (California Rules of Court - Rule No. 4.551(c)(2))

I "Swear" under the "Penalty of Perjury" the above is "True and Correct." 13th day of January in the year of 2008.

Kenneth Mills