IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>  Petitioner,<br><br> vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>  Respondent. | No. C 08-0747 RMW (PR)<br><br>JUDGMENT |

  The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

  IT IS SO ORDERED.

DATED: _____2/11/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  This is to certify that on ____2/12/08_____, a copy of this ruling was mailed to the following:

3  Kenneth Wayne Mills
   T-19095
4  Salinas Valley State Prison
   P.O. Box 1020
5  Soledad, CA  93960

Judgment
P:\pro-se\sj.rmw\hc.08\Mills747jud         2